# John Sakon

| | |
|---|---|
| From: | DiTunno, Joseph <Joseph.DiTunno@jud.ct.gov> |
| Sent: | Wednesday, January 25, 2023 8:27 AM |
| To: | johnsakon@yahoo.com |
| Subject: | Request for Supervised Visitation funds |

Hello Mr. Sakon,

I am the Deputy Director from the Judicial Branch—you sent our office a fax requesting funding for Supervised Visitation. The funds you are seeking do not exist. There was a federal grant some years ago that paid for limited Supervised Visitation but this expired and the Judicial Branch no longer receives this funding.

All formal Supervised Visitation in a clinical setting, to my knowledge, is paid for by the litigants.

Joe

Joe DiTunno
Deputy Director- Family Services
Judicial Branch-CSSD

This e-mail and any attachments/links transmitted with it are for the sole use of the intended recipient(s) and may contain information that is confidential or legally protected.  If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution, use or action taken in reliance on the contents of this communication is STRICTLY PROHIBITED.  Please notify the sender immediately by e-mail if you have received this in error and delete this e-mail and any attachments/links from your system.  The Connecticut Judicial Branch does not accept liability for any errors or omissions in the contents of this communication which arise as a result of e-mail transmission, or for any viruses that may be contained therein.  If verification of the contents of this e-mail is required, please request a hard-copy version.