[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

Redacted

Exhibit D

[redacted] F.S. [redacted] J.S.

[redacted] [redacted]

[redacted] O.S. [redacted]