# Message Report

**OurFamilyWizard**
701 N Washington Ave Suite 700
Minneapolis, MN 55401
ourfamilywizard.com
info@ourfamilywizard.com

**Generated:** 04/20/2023 at 03:42 PM by John Sakon
**Number of messages:** 1
**Timezone:** America/New_York
**Parents:** John Sakon, Francelia Sevin
**Child(ren):** Odin Sakon
**Third Party:**

## Message 1 of 1

| | |
|---|---|
| **Sent:** | 02/08/2023 at 12:13 PM |
| **From:** | John Sakon |
| **To:** | Francelia Sevin (*First Viewed: 02/10/2023 at 03:28 PM*) |
| **Subject:** | Dr. Lauerman Letter |
| **Attachments:** | rjl-sakon-011023__3_.pdf (212 KB) |

As Requested

Richard J Lauerman, PhD
1031 Farmington Avenue, Unit 102
Farmington, Connecticut 06032
860 677-2550

January 10, 2023

Mr. John Sakon
28 Fenwick Drive
Farmington, Connecticut 06032

Dear Mr. Sakon:

You may use this letter as you see fit.

You have requested psychotherapy in compliance with the court's request as a condition of visitation with your child. You reported you have not seen your son in six months. The focus of therapy is to address, in part, having been diagnosed by another professional as having a Narcissistic Personality Disorder. How these personality characteristics impact upon your parenting will be addressed. Treatment of personality disorders is frequently conducted using talk therapy that discusses thoughts, feelings, and behaviors. As a licensed provider in this state and a member of the American Psychological Association, specifically Division 8: Society for Personality and Social Psychology, I believe I possess the capacity to be of assistance to you. Treatment will continue on January 17, 2023.

Sincerely,

Richard J Lauerman, PhD
CT LPC #000778