| Start Date | End Date | Family Violence Protective Order 46b-38c | Standing Criminal Restraining Order 53a-40e | Restraining Order Applications 46b-15 | Ex Parte Restraining Order 46b-15 | Restraining Order After Hearing 46b-15 |
|---|---|---|---|---|---|---|
| 07/01/08 | 06/30/09 | 28,104 | 366 | 7,484 | 5,137 | 2,577 |
| 07/01/09 | 09/30/09 | 8,090 | 110 | 2,655 | 1,477 | 710 |
| 10/01/09 | 12/31/09 | 6,851 | 92 | 2,009 | 1,127 | 652 |
| 01/01/10 | 03/31/10 | 6,849 | 142 | 2,086 | 1,185 | 627 |
| 04/01/10 | 06/30/10 | 7,566 | 129 | 2,340 | 1,292 | 688 |
| 07/01/10 | 09/30/2010 | 8,079 | 150 | 2,587 | 1,495 | 786 |
| 10/1/2010 | 12/31/2010 | 6,773 | 150 | 2,044 | 1,166 | 643 |
| 1/1/2011 | 3/31/2011 | 6.919 | 134 | 1,921 | 1,123 | 539 |
| 4/1/2011 | 6/30/2011 | 7,389 | 173 | 2,216 | 1,285 | 656 |
| 7/1/2011 | 9/30/2011 | 7,725 | 148 | 2,448 | 1,297 | 689 |
| 10/1/2011 | 12/31/2011 | 6,890 | 180 | 1,973 | 1,153 | 639 |
| 1/1/2012 | 3/31/2012 | 6,785 | 188 | 2,044 | 1,199 | 606 |
| 4/1/2012 | 6/30/2012 | 7,277 | 203 | 2,343 | 1,407 | 785 |
| 7/1/2012 | 9/30/2012 | 7,405 | 227 | 2,567 | 1,494 | 760 |
| 10/1/2012 | 12/31/2012 | 6,338 | 215 | 1,941 | 1,157 | 587 |
| 1/1/2013 | 3/31/2013 | 5,928 | 216 | 2,053 | 1,206 | 650 |
| 4/1/2013 | 6/30/2013 | 6,710 | 228 | 2,233 | 1,308 | 647 |
| 7/1/2013 | 9/30/2013 | 7,034 | 261 | 2,507 | 1,410 | 720 |
| 10/1/2013 | 12/31/2013 | 6,250 | 297 | 2,113 | 1,102 | 619 |
| 1/1/2014 | 3/31/2014 | 5,738 | 250 | 1,851 | 983 | 524 |
| 4/1/2014 | 6/30/2014 | 6,424 | 259 | 2,289 | 1,198 | 656 |
| 7/1/2014 | 9/30/2014 | 6,612 | 223 | 2,504 | 1,240 | 680 |
| 10/1/2014 | 12/31/2014 | 6,071 | 245 | 2,025 | 988 | 585 |
| 1/1/2015 | 3/31/2015 | 6,407 | 282 | 1.831 | 968 | 597 |
| 4/1/2015 | 6/30/2015 | 7,217 | 329 | 2,199 | 1,065 | 658 |
| 7/1/2015 | 9/30/2015 | 7,681 | 358 | 2,446 | 1,338 | 816 |
| 10/1/2015 | 12/31/2015 | 6,789 | 324 | 1,894 | 1,046 | 717 |
| 1/1/2016 | 3/31/2016 | 6,771 | 376 | 1,911 | 1,044 | 684 |
| 4/1/2016 | 6/30/2016 | 6,975 | 352 | 2,193 | 1,228 | 758 |
| 7/1/2016 | 9/30/2016 | 7,327 | 365 | 2,377 | 1,348 | 800 |

Source: Connecticut Judicial Website